

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

MANN
HEBAL

February 27, 1939

Hon. D. Richard Voges
County Attorney
Wilson County
Floresville, Texas

Dear Sir:

> Opinion No. 0-334
> Re: Does the $1.00 fee provided for
> in Article 7351 prior to amend-
> ment belong to the person who
> earned the fee regardless of
> when collected?

Your request for an opinion on the above stated question has been received by this office.

On November 30, 1931, Hon. Scott Gaines, Assistant Attorney General, rendered an opinion which we feel fully answers the question submitted in your inquiry and since that date this Department has rendered several opinions on this question, all of which have followed or adopted the aforementioned opinion.

Therefore, we are enclosing a copy of Mr. Gaines' opinion which answers your question.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Ardell Williams

Ardell Williams
Assistant

W:AW

APPROVED:

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS